UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGEWATER MARINE INDUSTRIES, LLC, d/b/a MAPTECH,<br><br>                Plaintiff,<br><br>    v.<br><br>MAPITECH LTD.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 1:23-cv-11902 |

## COMPLAINT

This is an action by Plaintiff, Edgewater Marine Industries, LLC, d/b/a MAPTECH ("Maptech" or "Plaintiff"), against Defendant, MapiTech Ltd. ("Mapitech" or "Defendant"), for federal trademark infringement and unfair competition in violation of the Lanham Act, 15 U.S.C. § 1051 et seq.  Maptech complains and alleges as follows:

### Parties

1.     Maptech is a Massachusetts limited liability company with its principal place of business located in New Bedford, Massachusetts.

2.     On information and belief, Mapitech is a limited liability company with a place of business in Malta.

### Jurisdiction And Venue

3.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 over the federal trademark infringement and unfair competition claims, which arise under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

4.     This Court has personal jurisdiction over Mapitech because, upon information and belief, Mapitech transacts business in the Commonwealth of Massachusetts and has caused

tortious injury within the Commonwealth of Massachusetts by causing confusion among Massachusetts consumers.

5. Upon information and belief, Mapitech directly targets Massachusetts consumers by selling products specific to geographic locations in and around the Commonwealth of Massachusetts.

6. Venue is proper in this district under 28 U.S.C. § 1391.

## Facts

7. Founded in 1998, Maptech develops, publishes, and markets nautical charts, cruising guides, maps, data, and software that it sells to retailers and retail consumers for mapping, graphical depiction, display, analysis, and annotation of digitized maps for marine navigation.

8. Maptech is based in Massachusetts and has a reputation for high-quality products which are used in various industries throughout the United States, including in Massachusetts.

9. Maptech and/or its predecessors-in-interest first adopted and began using the trademark MAPTECH (the "Maptech Mark") in connection with its marine navigation products in 1989. Since that time, Maptech has used the Maptech Mark continuously in interstate commerce across the United States to market, offer for sale, and sell its marine navigation products.

10. In addition to Maptech's longstanding common law rights in the Maptech Mark, Maptech owns several incontestable federal trademark registrations for the Maptech Mark. These registrations include:

| Trademark | Filing Date | Reg. No. | Reg. Date | Relevant Goods/Services |
|---|---|---|---|---|
| MAPTECH | Aug. 2, 1996 | 2,237,952 | April 13, 1999 | Computer software and instructional manuals sold as a unit for marine navigation in International Class 9. |
| MAPTECH | June 9, 1998 | 2,297,010 | Nov. 30, 1999 | Books, maps and charts consisting of boating guides, chartbooks and plastic-coated maps for marine navigation in International Class 16. |
| MAPTECH & Design | Aug. 3, 1998 | 2,304,891 | Dec. 28, 1999 | Digitized maps and computer CD-ROM software and instructional manuals sold as a unit for mapping, graphical depiction, display, analysis and annotation of digitized maps for marine navigation in International Class 9; marine navigation books, maps, charts, and printed guides in International Class 16. |
| M MAPTECH & Design | Aug. 3, 1998 | 2,309,960 | Jan. 18, 2000 | Digitized maps and computer CD-ROM software and instructional manuals sold as a unit for mapping, graphical depiction, display, analysis and annotation of digitized maps for marine navigation in International Class 9; marine navigation books, maps, charts, and printed guides in International Class 16. |

| | | | | |
|---|---|---|---|---|
| MAPTECH | Nov. 15, 2019 | 6,105,936 | July 21, 2020 | Downloadable digitized maps and computer software and instructional manuals sold as a unit for mapping, graphical depiction, display, analysis and annotation of digitized maps for marine navigation in International Class 9. |

11. The above registrations (collectively, the "Maptech Registrations") are valid and subsisting on the Principal Register of the U.S. Patent and Trademark Office ("USPTO"), and all of them have become incontestable. True and correct printouts of information from the electronic database records of the USPTO showing the current status and title of these registrations are attached hereto as a collective Exhibit A.

12. Maptech has invested significantly in developing the valuable goodwill surrounding the Maptech Mark, and consumers have come to associate the Maptech Mark with Maptech and its high-quality marine navigation products. As a result, the Maptech Mark has become one of Maptech's most valuable assets.

13. Upon information and belief, Mapitech is engaged in the business of selling nautical mapping software and mobile applications in the United States under the trademark MAPITECH (the "Infringing Mark").

14. Mapitech sells competing nautical mapping software in the United States through applications sold via the Apple online App Store, including an application called Atlas Nautical Charts (the "Mapitech App"), which purports to be a "worldwide digital cartography that combines vector data with the best official up-to-date paper charts[.]"

15. The Mapitech App's "version history" on the App Store shows that on January 5, 2023, several new charts were added to the application, including a chart for "Nantucket Sound."

16. The Mapitech App's version history further reveals that prior to July 2021, the charts offered in the application were primarily based in Europe and other international locations outside the United States.

17. However starting in July 2021, updates were regularly made to the application to add more and more new charts, including dozens of charts of United States-based locations.

18. In addition to Nantucket Sound, the Mapitech App contains charts for locations such as Cape Fear, Delaware Bay, Florida, Los Angeles, Lower Chesapeake, Mississippi River Delta, New Orleans, New Haven Sandy Hook, and Pamlico Sound, among others.

19. In addition to the Mapitech App, Mapitech sells other applications containing digital nautical charts for specific United States waterways, including Lake Sidney Lanier (Georgia), Lake Norman (North Carolina), Lake of the Ozarks (Missouri), Lake Texoma (Oklahoma), and Toledo Bend (Texas/Louisiana).

20. Mapitech therefore has been targeting U.S. customers, including those in the Commonwealth of Massachusetts, as Mapitech's products are likely to be used by customers that navigate local waterways that are covered by Mapitech's products.

21. Maptech recently discovered that Mapitech has been selling competing nautical map products in the United States under the Infringing Mark.

22. Consumers are becoming confused by Mapitech's use of the Infringing Mark, and have come to mistakenly assume that Mapitech's products are somehow approved by, affiliated with, or originating from Maptech, when in fact they are not.

23. As one example, Maptech received a complaint from a customer who had downloaded a mobile application sold under the Infringing Mark, mistakenly assuming that product was an authentic Maptech product. The customer was unhappy with the quality of the

5

infringing product, causing irreparable harm to the valuable goodwill surrounding Maptech and its products in the marketplace.

24. Mapitech was on at least constructive notice of Maptech's prior trademark rights in the nearly identical Maptech Mark at the time it adopted the Infringing Mark, by virtue of Maptech's longstanding federal trademark registrations.

25. Upon information and belief, Mapitech had actual notice of Maptech and its prior rights in the Maptech mark at the time that Mapitech selected the Infringing Mark for use in connection with products that directly compete with Maptech's products.

26. In any event, Mapitech was surely on actual notice of the scope of Maptech's trademark rights when, on June 22, 2023, the President of Maptech sent a letter notifying Mapitech of Maptech's ownership of the Maptech Mark and demanding that Mapitech cease and desist from its infringement of the Maptech Mark  A copy of the June 22, 2023 letter is attached as Exhibit B.

27. On July 31, 2023, counsel for Maptech sent another letter demanding that Mapitech cease and desist from advertising, marketing, or selling maps, charts, software, instructional manuals or other related products in the United States, including through the Apple Store and any other online platforms under the Infringing Mark.  A copy of the July 31, 2023 letter is attached as Exhibit C.

28. Despite receiving written notice of Maptech's rights in and to the Maptech Mark, Mapitech continues its infringement of the Maptech Mark to market and sell its products and services in the United States.

29. Mapitech's use of the Infringing Mark has harmed and will continue to harm Maptech by, among other things, diverting sales from Maptech to Mapitech and diluting the goodwill surrounding the Maptech Mark in the marketplace.

## COUNT I
### Infringement of Federally Registered Trademark

30. Maptech repeats the allegations in each of the above paragraphs as if fully set forth herein.

31. Maptech owns all right, title, and interest in and to the Maptech Registrations.

32. Mapitech's unauthorized use in commerce of the Infringing Mark is likely to cause confusion, mistake, or deception and constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

33. Upon information and belief, Mapitech has committed the foregoing acts of infringement with full knowledge of Maptech's prior rights in the Maptech Mark and with the willful intent to cause a likelihood of confusion and trade on Maptech's goodwill.

34. Mapitech's conduct is causing immediate and irreparable harm and injury to Maptech, and to its goodwill and reputation, and will continue to damage both Maptech and the public unless enjoined by this Court.

35. Maptech has no adequate remedy at law.

36. Maptech is entitled to, among other relief, injunctive relief and an award of actual damages, Mapitech's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## COUNT II
### Infringement of Common Law Trademark

37. Maptech repeats the allegations in each of the above paragraphs as if fully set forth herein.

38. Maptech has used the Maptech Mark continuously in interstate commerce in connection with marine navigation products, including software and maps, since at least as early as 1989.

39. Upon information and belief, Maptech adopted and began using the Maptech Mark in commerce long prior to the acts of Mapitech complained of herein.

40. Mapitech's unauthorized use in commerce of the Infringing Mark is likely to cause confusion, mistake, or deception and constitutes infringement of Maptech's common law rights in the Maptech Mark in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(1)(a).

41. Upon information and belief, Mapitech has committed the foregoing acts of infringement with full knowledge of Maptech's prior rights in the Maptech Mark and with the willful intent to cause a likelihood of confusion and trade on Maptech's goodwill.

42. Mapitech's conduct is causing immediate and irreparable harm and injury to Maptech, and to its goodwill and reputation, and will continue to damage both Maptech and the public unless enjoined by this Court.

43. Maptech has no adequate remedy at law.

44. Maptech is entitled to, among other relief, injunctive relief and an award of actual damages, Mapitech's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

## COUNT III
### Federal Unfair Competition

45. Maptech repeats the allegations in each of the above paragraphs as if fully set forth herein.

46. Mapitech's use of the Infringing Mark in connection with products and services competing directly with those offered by Maptech under the Maptech Mark constitutes the use in commerce of a word, term, name, symbol, or device, which use is likely to cause confusion, or to cause mistake, or to deceive, as to the affiliation, connection, or association of Mapitech with Maptech, or as to the origin, sponsorship, or approval of Mapitech's products and services or Mapitech's commercial activities by Maptech, in violation of 15 U.S.C. § 1125(a)(1).

47. Mapitech's conduct is causing immediate and irreparable harm and injury to Maptech, and to its goodwill and reputation, and will continue to both damage Maptech and confuse the public unless enjoined by this Court.

48. Maptech has no adequate remedy at law.

49. Maptech is entitled to, among other relief, injunctive relief and an award of actual damages, Mapitech's profits, enhanced damages and profits, reasonable attorneys' fees and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with pre-judgment and post-judgment interest.

WHEREFORE, Maptech respectfully prays for judgment as follows:

1. An order immediately and permanently enjoining Mapitech, its officers, members, agents, servants, employees, attorneys, and all persons in active concert or participating with it from:

   a. advertising, marketing, promoting, selling, or otherwise offering for sale any good or service that is likely to be confused as affiliated with, connected to, associated with, or sponsored or approved by Maptech;

      b.      making or employing any other commercial use of the Maptech Mark, the Infringing Mark, any derivation or colorable imitation thereof, or any other confusingly similar mark;

      c.      doing any other acts or things calculated or likely to cause confusion or mistake in the mind of the public or to lead purchasers or consumers or investors into the belief that the products or services promoted, offered, or sponsored by Mapitech come from Maptech or are somehow licensed, sponsored, endorsed, or authorized by, or otherwise affiliated or connected with Maptech;

      d.      otherwise competing unfairly with Maptech in any manner; and

      e.      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (e), or effecting any assignment or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (e);

2. Direct Mapitech to account to Maptech for Mapitech's profits and order that Maptech recover its damages arising out of the acts of deception and infringement described above, a sum equal to three times such profits or damages (whichever is greater), pursuant to 15 U.S.C. § 1117(a) and (b);

3. Award Maptech treble damages on account of Mapitech's gross, wanton, willful and malicious conduct;

4. Award Maptech reasonable attorneys' fees along with costs and disbursements incurred herein as a result of Mapitech's intentional and willful infringement, pursuant to 15 U.S.C. § 1117;

5. Direct Mapitech to file with the Court and serve on counsel for Maptech within thirty (30) days after entry of any injunction issued by the Court in this action, a sworn written statement pursuant to 15 U.S.C. § 1116(a) setting forth in detail the manner and form in which Mapitech has complied with any injunction which the Court may enter in this action;

6. Award Maptech such other and further relief as this Court deems just and proper.

Maptech demands a trial by jury on all issues so triable.

Dated:  August 21, 2023

Respectfully submitted,

**EDGEWATER MARINE INDUSTRIES, LLC,**

By its attorneys,

*/s/ Dallin R. Wilson*
Brandon L. Bigelow (BBO #651143)
bbigelow@seyfarth.com
Dallin R. Wilson (BBO #676662)
drwilson@seyfarth.com
Laura Caro Ruiz (BBO #710817)
lcaroruiz@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA  02210
Tel. (617) 946-4800
Fax (617) 946-4801